### Ballard *v.* Steele & Sons Co., Appellant.

Argued October 26, 1933.

*Thomas C. Egan,* and with him *Wolf, Block, Schorr & Solis-Cohen,* for appellant.

*Nathan Lavine,* and with him *Herbert W. Salus,* for appellees.

Opinion by James, J., April 16, 1934:

This appeal involves the same questions as raised by appellant in the case of Luther McGowan v. William Steele & Sons Company, Appellant, 112 Pa. Superior Ct. 552, in which an opinion has been filed this day.

For the reasons therein stated, the judgment is affirmed.